IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS KIRKWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-0022-CV-W-DW |
| | ) | |
| TIRE CENTERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to the parties' joint stipulation for dismissal with prejudice (Doc. 34), the Court hereby ORDERS that this case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

SO ORDERED.

/S/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: November 21, 2006